# IN THE SUPREME COURT OF THE STATE OF NEVADA

HAMID JALALI, AN INDIVIDUAL,
Appellant,
vs.
DAVID WEBBER, AN INDIVIDUAL,
Respondent.

No. 83652

**FILED**

MAY 26 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a final judgment. Eighth Judicial District Court, Clark County; Carli Lynn Kierny, Judge.

This appeal was docketed in this court on October 20, 2021. On that same date, this court issued a notice regarding filing deadlines. That notice directed appellant to file a transcript request form within 14 days, a docketing statement within 21 days, and an opening brief or informal brief within 120 days. After appellant failed to file these documents, this court entered an order on March 23, 2022, directing appellant to file the missing documents within 14 days. This court cautioned that failure to comply timely with the order could result in the dismissal of this appeal. To date, appellant has not filed the documents or otherwise responded to or communicated with this court. Accordingly, this court concludes that appellant has abandoned this appeal and

ORDERS this appeal DISMISSED.

_____, J.
Silver

_____, J.
Cadish

_____, J.
Pickering

22-16718

cc:    Hon. Carli Lynn Kierny, District Judge
Hamid Jalali
Johnson & Gubler, P.C.
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A